**No. 10-7939. Kim Purnell, Petitioner v. LeVern Cohen, Warden.**

562 U.S. 1230, 131 S. Ct. 1493, 179 L. Ed. 2d 323, 2011 U.S. LEXIS 1511.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 395 Fed. Appx. 3.